UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/09
```

FEDERAL INSURANCE COMPANY,                    :

                Plaintiff,                    :

        - against -                    :

YELLOW TRANSPORTATION, INC.,                    :

            Defendant.                    :

----------------------------------------------------------x

**ORDER**

08 Civ. 9130 (VM)(FM)

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held earlier today, it is hereby

ORDERED that:

      1.     The parties shall serve and file cross motions concerning the
settlement of this action by July 31, 2009.

      2.     The parties shall file any papers in opposition to each other's
motions by August 4, 2009.

        SO ORDERED.

Dated:    New York, New York
          July 2, 2009

                         FRANK MAAS
                  United States Magistrate Judge

Copies to:

Hon. Victor Marrero
United States District Judge

Steven P. Calkins, Esq.
Kingsley, Kingsley & Calkins
Fax: (516) 931-4313

Thomas C. Martin, Esq.
Nowell Amoroso Klein Bierman, P.A.
Fax: (201) 343-5181